UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ELVIS BULIC,                                       :
                                                   :
                              Plaintiff,           :
                                                   :     MEMORANDUM AND ORDER
            -against-                              :
                                                   :     Civil Action No. 12-CV-2957 (ENV)
COMMISSIONER OF SOCIAL SECURITY,                   :
                                                   :
                              Defendant.           :
------------------------------------------------------------------- x

VITALIANO, D.J.

   Having reviewed these proceedings, the Court has determined that the interests of justice would best be served by the appointment of counsel to represent petitioner. Accordingly, pursuant to 28 U.S.C. § 1915(e)(1), the Clerk of Court is directed to appoint an attorney selected from the Pro Bono Panel to represent petitioner. The assigned attorney shall file a notice of appearance with thirty (30) days of receipt of the notice of appointment, or shall file an application for relief from appointment. Upon the assigned attorney's entry of appearance, the Court shall direct the parties to provide additional briefing as appropriate.

   SO ORDERED.

                                                     s/ ENV
                                                     _____
                                                     ERIC N. VITALIANO
                                                     United States District Judge

Dated: Brooklyn, New York
       June 5, 2013